IH-32                                                                                                                                  Rev: 2014-1

# United States District Court
for the
## Southern District of New York
### Related Case Statement

Full Caption of Later Filed Case:

| Plaintiff | Case Number |

vs.

Defendant

Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

| Plaintiff | Case Number |

vs.

Defendant

Status of Earlier Filed Case:

☐ Closed (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open (If so, set forth procedural status and summarize any court rulings.)

This matter and the related proceedings are several among approximately 100 class actions filed against Equifax, Inc. in relation to a recent data breach affecting approximately 140 million individuals' data files maintained by Defendant Equifax, Inc. Several motions to transfer and consolidate have been filed with the Judicial Panel on Multi-District Litigation, MDL Docket No. 2800.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

As discussed above, this matter is related to the other pending matters in this Jurisdiction, in that all four matters are class actions brought on behalf of individuals whose personal data allegedly was compromised by the data breach announced to the public by Defendant Equifax, Inc, based on similar facts, alleging similar causes of action, and seeking similar relief. Moreover, all four cases would be potentially be subject to the pending motions for transfer and consolidation pending in the JPML, MDL Docket No. 2800.

Signature: /s/ Shelly L. Friedland Date: 9/19/2017

Firm: Trief & Olk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

SHERVON FLORES, ELIO GUZMAN,
ELLEN LAMB, OWEN LAMB,                           1:17-cv-07088-UA
THOMAS LAMB, JOSE PEREZ,
TENKU RUFF, and GEORGE WOLFF,
on behalf of themselves and all
others similarly situated,

                Plaintiffs,

    -against-

EQUIFAX INC.,                                    **RELATED CASES**
                                                      **SCHEDULE A**

                Defendant.
---------------------------------------------------------------X

1. Civil Action No. 1:17-cv-6883
   **The Hon. Alison J. Nathan**
   Jeremy Davis; Amanda Gurtis Davis and John Hughes;
   v.
   Equifax, Inc.

2. Civil Action No. 7:17-cv-6868
   **The Hon. Vincent L. Briccetti**
   Linda Tirelli and Brooke Merino;
   v.
   Equifax Information Services, LLC

3. Civil Action No. 1:17-cv-6946
   **The Hon. Paul G. Gardephe**
   Avi Joshua Bitton;
   v.
   Equifax Information Services, LLC